IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALAUNDRA DOUGLAS-LESANE,

   Plaintiff,

     v.

EMORY UNIVERSITY - ANESTHESIOLOGY DEPARTMENT,

   Defendant.

CIVIL ACTION FILE
NO. 1:05-CV-3100-TWT

## OPINION AND ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action for failure to serve the Defendant. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 11 day of July, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\05\Douglas-Lesane\r&r.wpd